Fifth Department, December Term, 1887.

Louisa Weber, Administratrix, etc., Respondent, v. Herbert L. Bridgman and others, Appellants. — Judgment reversed, and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Selah D. Seaman, Respondent, v. Herman Koehler, Appellant. — Judgment and order denying new trial, and order denying new trial for newly discovered evidence affirmed, with costs of both appeals. Opinion by Dykman, J.

Mary A. Ross, Appellant, v. John Duffy, Sheriff, etc., Respondent. — Order overruling demurrer to answer and judgment thereon affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Ellen Mason, Plaintiff, v. James W. Prendergast, Defendant. — Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

George R. Bristor, Respondent, v. Stephen H. Burr, and others, Appellants.—Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Constantine W. Benson, Appellant, v. Clara McNamee, Respondent.—Judgment and orders reversed, with costs, to abide event. Opinion by Barnard, P. J.

William Emmeleuth, Respondent, v. The Home Benefit Association, Appellant. — Order overruling demurrer to complaint, and judgment thereon, affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Caroline Traum, Respondent, v. Simon Gundersheimer, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Matter of Application of Charles Gertrum for a *mandamus*.—Order affirmed with costs and disbursements. Opinion by Pratt, J.

John C. Campbell, Sr., Respondent, v. Henry Mandeville and others, Appellants.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Eliza Baisley, v. The Rose Brick Company.— Motion denied with ten dollars costs. Opinion by Barnard, P. J.

Joseph Sutherland v. Thomas Morris.—Motion denied with ten dollars costs. Opinion by Barnard, P. J.

Margaret Bohom v. The Port Jervis Gas Light Company.—Motion denied with ten dollars costs. Opinion by Barnard, P. J.

The Village of Port Jervis v. Barrett Bridge Company.— Motion denied, with ten dollars costs. Opinion by Barnard, P. J.

The Lehigh Stove and Manufacturing Company, Respondent, v. Edward B. Colby, Appellant.— Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., dissenting.

William Evans, v. The United States Life Insurance Company.—Order reversed with costs and disbursements, and motion denied. Opinion by Barnard, P. J.; Pratt, J., dissenting.

Matter of Application of Staten Island Railroad to acquire land.—Order affirmed with costs.

Daniel Dolan v. The Newburgh, Dutchess and Connecticut Railroad. — Judgment affirmed, with costs. Opinion by Cullen, J

Cassius M. Smith v. Elizabeth Smith and others. — Judgment reversed and new trial granted, costs to abide event. Opinion by Justices Pratt and Cullen.

Samuel McElroy, Respondent, v. The Brooklyn Underground Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Dykman, J.

Louise Zimmerman, as Executrix, etc., and Frederick Kraentler, as Executor, etc., Appellants, v. Emil Dieckerhoff and others, Respondents. — Order appealed from reversed, with ten dollars costs to abide event, and appeal from first two orders dismissed, without costs and without prejudice to pleadings. Opinion by Dykman, J.

James W. Dixon, Respondent, v. Henry W. Dixon, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J, not sitting.

John H. Smith, Respondent, v. John Satterlee and others, Appellants.—Judgment affirmed, with costs. Opinion by Dykman, J.

Louis Abrams, an Infant, etc., Plaintiff, v. The Van Brunt Street and Erie Basin Railroad Company, Defendant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.

William Weaver, Appellant, v. Lewis L. Hutchins, Respondent.—Judgment affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Peter H. McNulty, Respondent, v. Louis J. Hoyt (or Heydt) and Pauline Heydt, Appellants.—Judgment affirmed, with costs. Opinion by Dykman, J., Barnard, P. J., concurred; Pratt, J., not sitting.

---

## * Fifth Department, December Term, 1887.

Henry Lochte, Appellant, v. Ernst L. Moeschler, Respondent.—Impleaded with Louis Engel.

August Miller v. Ernst L. Moschler.

Henry Lochte, Appellant, v. Ernst L. Moeschler and others, Respondents.—Order in each case affirmed, with ten dollars costs in one case and disbursements in each. Opinion by Barker, J.

Benjamin Gould, Appellant, v. The Cayuga County National Bank of Auburn, and Nelson Beardsley, Respondents.—Order affirmed, with ten dollars costs and disbursements.

Samuel Johnston, Appellant, v. Charles D. Young and others, Respondents —Order affirmed, with ten dollars costs and disbursements.

In the Matter of the Probate of the Will of Patrocles Blaker, Deceased.—Decree affirmed with costs to the respondent, payable out of the estate. Opinion by Bradley, J.

Matilda L. Shimer, Respondent, v. Adam Kinder and others, administrators, etc., Appellants. —Judgment and order reversed and a rehearing ordered before another referee. Costs to abide event, unless the respondent within thirty days stipulates to deduct from the recovery the sum of $360 in which event the judgment as so modified is affirmed, without costs of this appeal to either party. Opinion by Barker, J.

James Stewart, Respondent, v. David Lester, Appellant.—The case does not appear to have been settled by the trial judge, and is consequently not considered.

Mary I. Gillrie, Respondent, v. The City of Lockport, Appellant.—Judgment and order affirmed. Opinion by Smith, P. J.

George H. Stilwell, as Superintendent of the Poor of Schuyler county, Appellant. v. John T. Coons, as Overseer of the Poor of the town of Barrington, Respondent.—Judgment affirmed. Opinion by Barker, J.

Calvin P. Brown, Respondent, v. John L Spencer and others, Appellants. Judgment affirmed.

Ernst L. Moeschler, Appellant, v. Henry Lochte and others, Respondents.—Judgment for costs in favor of Baetzel reversed without costs, and the judgment in all other respects affirmed, with costs of this appeal to the respondents other than Baetzel. Opinion by Barker, J.

Samuel Sloan and others, Appellants, v. John E. Gauhn and another, Respondents.—Judgment

---

*Decisions handed down at an adjourned term held December 30, 1887.

Hun — Vol. LXVI  86